IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| **John J. Bednarski and Ruth Bednarski**, his wife, residents of the State of Connecticut, | : <br> : <br> : <br> : |
| Plaintiffs, | :     C. A. No.: 04C-09-027 CHT <br> : |
| v. | :     Jury Trial Demanded <br> : |
| **E and S Contract Carriers, Inc.**, a corporation of the Commonwealth of Virginia, <br> **Clarence Jones**, a resident of the Commonwealth of Virginia, <br> **I & A Transport, Inc.**, a Florida corporation, and <br> **Martin Camacho**, a Florida resident, | : <br> :     Non-Arbitration <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## CERTIFICATE OF VALUE

I, Mark L. Reardon, Esquire, attorney for the plaintiffs, hereby certify in good faith at this time in my opinion that the sum of damages recoverable by the plaintiffs is in excess of $100,000, exclusive of costs and interest.

                                           ELZUFON AUSTIN REARDON
                                           TARLOV & MONDELL, P.A.

                                             /s/ Mark L. Reardon
                                           MARK L. REARDON (#2627)
                                           300 Delaware Avenue, 17th Floor
                                           P. O. Box 1630
                                           Wilmington, DE 19899-1630
                                           (302) 428-3181
                                           Attorney for Plaintiffs

Dated: September 2, 2004
G:\Docs\CLIENT\131186\14959\pleading\00244151.DOC