**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN J. BEDNARSKI and<br>RUTH BEDNARSKI, h/w<br><br>Plaintiffs,<br><br>v.<br><br>E and S CONTRACT CARRIERS, INC.<br>CLARENCE JONES and<br>I & A TRANSPORT and<br>MARTIN CAMACHO<br><br>Defendants. | :<br>:<br>:   C.A. NO.: 05-125 (GMS)<br>:<br>::<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Mark L. Reardon, Esquire, hereby certify that one copy of the attached **REPORT OF RULE 26(F) MEETING** was Electronically served or Hand Delivered n the following individual(s):

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE   19899-0588

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE   19805

James E. Butler, Esquire
Miller, Rosnick, D'Amico and de Lucia, P.C.
1087 Broad Street
Bridgeport, CT   06604

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ MARK L. REARDON*

MARK L. REARDON (Bar ID # 2627)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE   19899-1630
(302) 428-3181
Attorney for Plaintiffs

Dated: May 25, 2005
G:\Docs\CLIENT\131186\14959\pleading\00285047.DOC