IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. BEDNARSKI and<br>RUTH BEDNARSKI, h/w<br><br>Plaintiffs,<br><br>v.<br><br>E and S CONTRACT CARRIERS, INC.<br>CLARENCE JONES and<br>I & A TRANSPORT and<br>MARTIN CAMACHO<br><br>Defendants. | :<br>:<br>:   C.A. NO.: 05-125 (GMS)<br>:<br>::<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF RECEIPT**

Plaintiffs, by their attorneys, hereby file with this Court, in accordance with 10 Del. C. §3104 and §3112, proof of receipt of notice by defendants E & S Contract Carriers, Mr. Clarence Jones, and Mr. Martin Camacho. Attached hereto as Exhibit "A" are the signed return receipts for defendants E & S, Jones, and Camacho. Service has not yet been completed for defendant I & A Transport Inc. Attached hereto as Exhibit "B" is the Receipt for Registered Mail for I & A Transport, Inc., the green card for which has not as yet been returned by the Post office. The affidavit of Mark L. Reardon, Esquire evidencing transmittal of said registered articles is attached hereto as Exhibit "C" and the actual notices sent to defendants are attached as Exhibit "D". The Sheriff's Return is hereto attached as Exhibit "E".

                                              ELZUFON AUSTIN REARDON
                                              TARLOV & MONDELL, P.A.

                                              /s/ Mark L. Reardon
                                              MARK L. REARDON (Bar Id #2627)
                                              300 Delaware Avenue, 17th Floor
                                              P.O. Box 1630
                                              Wilmington, DE 19899-1630
Dated: 5/25/05                              (302) 428-3181
                                              Attorney for Plaintiffs

# EXHIBIT A



Receipt for Registered Mail (PS Form 3806) addressed from Zufon Austin Reardon Tarlov & Mondell, P.A., 300 Delaware Ave., Suite 1700, P.O. Box 1630, Wilmington, DE 19899, to Mr. Martin Camacho, 35 Northwest 64th Ave, Miami FL 33126. Registered No. RB 295 669 345 US. Date stamp Mar 9 2005, Wilmington DE 19801. Domestic Return Receipt (PS Form 3811) signed by Martin Camacho, date of delivery 3/15/05.



**Registered No.** RB 295 669 308 US

| | |
|---|---|
| Reg. Fee $ 8.00 | Special Delivery $ 1.75 |
| Handling Charge $ | Return Receipt $ 2.30 |
| Postage $ .06 | Restricted Delivery $1.08 |
| Received by: [signature] | |

Date Stamp: MAR 9 2005 WILMINGTON USPS

Customer Must Declare Full Value $ — Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity is Limited (See Reverse)

**FROM:** ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899

**TO:** Mr. Clarence Jones
Route 3 Box 215-C
Farmville, VA 23901

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Clarence Jones
74 Oak Ridge
Rt 3 Box — C
Farmville VA
23901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] Lisha Davis — ☐ Agent ☐ Addressee

B. Received by (Printed Name): T. Davis    C. Date of Delivery: 3/14/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RB 295 669 308 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT B

| Registered No. RB2956093840S | | Date Stamp |
|---|---|---|
| Reg. Fee $ 8.00 | Special Delivery $ | MAR 9 2005 WILMINGTON DE USPS NOON 0.81 |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 1.06 | Restricted Delivery $ | |
| Received by: [signature] | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☐ Without Postal Insurance | |

To Be Completed By Post Office / To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: ZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899

TO: A A Transport Inc
6109 Northwest 72nd Ave
Miami FL 33166

PS Form **3806**, February 1995   **Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. BEDNARSKI and<br>RUTH BEDNARSKI, h/w<br><br>Plaintiffs,<br><br>v.<br><br>E and S CONTRACT CARRIERS, INC.<br>CLARENCE JONES and<br>I & A TRANSPORT and<br>MARTIN CAMACHO<br><br>Defendants. | :<br>:<br>:<br>:<br>::<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

C.A. NO.: 05-125 (GMS)

## AFFIDAVIT OF MARK L. REARDON

I, Mark L. Reardon, being duly sworn according to law deposes and says that:

1. He is the attorney for plaintiffs in C. A. 05-125 (GMS), wherein E & S Contract Carriers, Inc., Clarence Jones, I & A Transport and Martin Camacho are defendants.

2. The notice required in 10 Del. C. §3112 and §3104 was mailed to defendants, by registered mail, postage prepaid, return receipt requested, on March 8, 2005. The return receipts were returned to sender as follows: Mr. Jones dated 3/14/05; E & S Contract Carriers no date; Mr. Martin Camacho dated 3/15/05; and, I & A Transport has not been returned. On information and belief, service upon I & A Transport has been delayed based on the Postal Authority's absence of a meaningful address.

3. The notice provided for in 10 Del. C. §3112 and §3104 was contained in the envelope at the time it was mailed.

4.  The receipt obtained at the time of mailing the envelope containing the notice is the receipt filed with this affidavit.

SWORN TO AND SUBSCRIBED before me this 25th day of May, 2005.

_____
MARK L. REARDON

_____
NOTARY PUBLIC

ROBIN N. ROBINSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 24 2006

# EXHIBIT D

# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

| | | |
|---|---|---|
| JOHN A. ELZUFON | ROGER L. TRUEMPER | 300 DELAWARE AVENUE |
| JEFFREY M. AUSTIN | SCOTT A. SIMPSON | SUITE 1700, P.O. BOX 1630 |
| MARK L. REARDON | CHRISTIAN G. MCGARRY | WILMINGTON, DELAWARE, 19899-1630 |
| EDWARD A. TARLOV | DIANE M. ANDREWS | PHONE: 302.428.3181 |
| SCOTT R. MONDELL | KATHRYN E. LEE | FACSIMILE: 302.428.3180 |
| H. GARRETT BAKER | MATTHEW P. DONELSON | INTERNET: WWW.ELZUFON.COM |
| ROBERT H. RICHTER | DANIEL F. TYRRELL, JR., | WRITERS E-MAIL: MREARDON@ELZUFON.COM |
| COLLEEN D. SHIELDS | JENNIFER A. KAPES | |
| CHARLES J. BROWN, III | ANDREA C. RODGERS | |

March 8, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

I & A Transport, Inc.
6109 Northwest 72nd Avenue
Miami, FL   33166
Attn:  Ms. Ana T. Cordovi

      **RE:** **John J. Bednarski and Ruth Bednarski v.**
            **E and S Contract Carriers, Inc., Clarence Jones,**
            **I & A Transport, Inc. and Martin Camacho**
            **C. A. No.: 04C-09-027 CHT**
            **Notice of Service of Process**
            **Pursuant to 10 Del. C. §3112 and 10 Del. C. §3104**

To Whom It May Concern:

      This letter is to advise you that this firm represents Mr. John J. and Mrs. Ruth Bednarski who have filed suit against you in the Superior Court of the State of Delaware in and for New Castle County with regard to an accident which occurred on September 6, 2002. Enclosed you will find a copy of the Complaint filed with the Superior Court and a copy of the Summons, the original of which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 Del. C. §3112 and 10 Del. C. § 3104, the Secretary of State has been appointed agent for you for the acceptance of legal process in a civil action against you as a non-resident who caused tortious injuries within the State Of Delaware. Under the provisions of 10 Del. C. §3112 and 10 Del. C. § 3104, such service of process is as effectual to all intents and purposes as if it had been made upon you personally with the State.

      If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be entered against you in the Superior Court. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

                                                                     Very truly yours,

                                                                     MARK L. REARDON

MLR/mr
Enclosures
G:\Docs\CLIENT\131186\14959\let\00272922.DOC

# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

_____ ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON
JEFFREY M. AUSTIN
MARK L. REARDON
EDWARD A. TARLOV
SCOTT R. MONDELL
H. GARRETT BAKER
ROBERT H. RICHTER
COLLEEN D. SHIELDS
CHARLES J. BROWN, III

ROGER L. TRUEMPER
SCOTT A. SIMPSON
CHRISTIAN G. MCGARRY
DIANE M. ANDREWS
KATHRYN E. LEE
MATTHEW P. DONELSON
DANIEL F. TYRRELL, JR.,
JENNIFER A. KAPES
ANDREA C. RODGERS

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630
PHONE: 302.428.3181
FACSIMILE: 302.428.3180
INTERNET: WWW.ELZUFON.COM
WRITERS E-MAIL: MREARDON@ELZUFON.COM

March 8, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Clarence Jones
Route 3, Box 215-C
Farmville, VA 23901

    RE:    **John J. Bednarski and Ruth Bednarski v.**
              **E and S Contract Carriers, Inc., Clarence Jones,**
              **I & A Transport, Inc. and Martin Camacho**
              **C. A. No.: 04C-09-027 CHT**
              **Notice of Service of Process**
              **Pursuant to 10 Del. C. §3112 and 10 Del. C. §3104**

Mr. Clarence Jones:

    This letter is to advise you that this firm represents Mr. John J. and Mrs. Ruth Bednarski who have filed suit against you in the Superior Court of the State of Delaware in and for New Castle County with regard to an accident which occurred on September 6, 2002. Enclosed you will find a copy of the Complaint filed with the Superior Court and a copy of the Summons, the original of which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 Del. C. §3112 and 10 Del. C. § 3104, the Secretary of State has been appointed agent for you for the acceptance of legal process in a civil action against you as a non-resident who caused tortious injuries within the State Of Delaware. Under the provisions of 10 Del. C. §3112 and 10 Del. C. § 3104, such service of process is as effectual to all intents and purposes as if it had been made upon you personally with the State.

    If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be entered against you in the Superior Court. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

Very truly yours,

*[signature]*

MARK L. REARDON

MLR/mr
Enclosures
G:\Docs\CLIENT\131186\14959\let\00272919.DOC

WILMINGTON, DELAWARE ✦ BOOTHWYN, PENNSYLVANIA ✦ BEAR, DELAWARE

# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

**ATTORNEYS & COUNSELORS AT LAW**

| | | |
|---|---|---|
| JOHN A. ELZUFON | ROGER L. TRUEMPER | 300 DELAWARE AVENUE |
| JEFFREY M. AUSTIN | SCOTT A. SIMPSON | SUITE 1700, P.O. BOX 1630 |
| MARK L. REARDON | CHRISTIAN G. MCGARRY | WILMINGTON, DELAWARE, 19899-1630 |
| EDWARD A. TARLOV | DIANE M. ANDREWS | PHONE: 302.428.3181 |
| SCOTT R. MONDELL | KATHRYN E. LEE | FACSIMILE: 302.428.3180 |
| H. GARRETT BAKER | MATTHEW P. DONELSON | INTERNET: WWW.ELZUFON.COM |
| ROBERT H. RICHTER | DANIEL F. TYRRELL, JR., | WRITERS E-MAIL: MREARDON@ELZUFON.COM |
| COLLEEN D. SHIELDS | JENNIFER A. KAPES | |
| CHARLES J. BROWN, III | ANDREA C. RODGERS | |

March 8, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Martin Camacho
35 Northwest 64th Avenue
Miami, FL  33126

    RE:    **John J. Bednarski and Ruth Bednarski v.**
             **E and S Contract Carriers, Inc., Clarence Jones,**
             **I & A Transport, Inc. and Martin Camacho**
             **C. A. No.: 04C-09-027 CHT**
             **Notice of Service of Process**
             <u>**Pursuant to 10 Del. C. §3112 and 10 Del. C. §3104**</u>

Dear Mr. Camacho:

       This letter is to advise you that this firm represents Mr. John J. and Mrs. Ruth Bednarski who have filed suit against you in the Superior Court of the State of Delaware in and for New Castle County with regard to an accident which occurred on September 6, 2002. Enclosed you will find a copy of the Complaint filed with the Superior Court and a copy of the Summons, the original of which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 <u>Del</u>. <u>C</u>. §3112 and 10 <u>Del</u>. <u>C</u>. § 3104, the Secretary of State has been appointed agent for you for the acceptance of legal process in a civil action against you as a non-resident who caused tortious injuries within the State Of Delaware. Under the provisions of 10 <u>Del</u>. <u>C</u>. §3112 and 10 <u>Del</u>. <u>C</u>. § 3104, such service of process is as effectual to all intents and purposes as if it had been made upon you personally with the State.

       If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be entered against you in the Superior Court. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

                                                          Very truly yours,

                                                           MARK L. REARDON

MLR/mr
Enclosures
G:\Docs\CLIENT\131186\14959\let\00272923.DOC

# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON          ROGER L. TRUEMPER
JEFFREY M. AUSTIN        SCOTT A. SIMPSON
MARK L. REARDON          CHRISTIAN G. MCGARRY
EDWARD A. TARLOV         DIANE M. ANDREWS
SCOTT R. MONDELL         KATHRYN E. LEE
H. GARRETT BAKER         MATTHEW P. DONELSON
ROBERT H. RICHTER        DANIEL F. TYRRELL, JR.,
COLLEEN D. SHIELDS       JENNIFER A. KAPES
CHARLES J. BROWN, III    ANDREA C. RODGERS

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630
PHONE: 302.428.3181
FACSIMILE: 302.428.3180
INTERNET: WWW.ELZUFON.COM
WRITERS E-MAIL: MREARDON@ELZUFON.COM

March 8, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

E and S Contract Carriers, Inc.
2400 Maury Street
Richmond, VA 23224

  **RE:**  **John J. Bednarski and Ruth Bednarski v.**
     **E and S Contract Carriers, Inc., Clarence Jones,**
     **I & A Transport, Inc. and Martin Camacho**
     **C. A. No.: 04C-09-027 CHT**
     **Notice of Service of Process**
     **Pursuant to 10 Del. C. §3112 and 10 Del. C. §3104**

To Whom It May Concern:

  This letter is to advise you that this firm represents Mr. John J. and Mrs. Ruth Bednarski who have filed suit against you in the Superior Court of the State of Delaware in and for New Castle County with regard to an accident which occurred on September 6, 2002. Enclosed you will find a copy of the Complaint filed with the Superior Court and a copy of the Summons, the original of which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 Del. C. §3112 and 10 Del. C. § 3104, the Secretary of State has been appointed agent for you for the acceptance of legal process in a civil action against you as a non-resident who caused tortious injuries within the State Of Delaware. Under the provisions of 10 Del. C. §3112 and 10 Del. C. § 3104, such service of process is as effectual to all intents and purposes as if it had been made upon you personally with the State.

  If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be entered against you in the Superior Court. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

                Very truly yours,

                MARK L. REARDON

MLR/mr
Enclosures
G:\Docs\CLIENT\131186\14959\let\00272913.DOC

# EXHIBIT E

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| **John J. Bednarski and Ruth Bednarski,** husband and wife, residents of the State of Connecticut, : : : : Plaintiffs, : : v. : : **E and S Contract Carriers, Inc.,** a corporation of the Commonwealth of Virginia, : : : **Clarence Jones**, a resident of the Commonwealth of Virginia, : : **I & A Transport, Inc.**, a Florida corporation, and : : **Martin Camacho**, a resident of the State of Florida, : : : Defendants. : | C. A. No.: 04C-09-027 CHT<br><br>Jury Trial Demanded<br><br>Non-Arbitration<br><br><br><br>Alias Summons<br><br>**RECEIVED & FILED**<br>NOV - 1 2004<br>11:25<br>Secretary of State |

TO THE STATE OF DELAWARE
TO THE SHERIFF OF KENT COUNTY:
YOU ARE COMMANDED:

      To summon all defendants by service upon them so that, within 20 days after service hereof on all defendants, exclusive of the day of service, defendants shall serve upon Mark L. Reardon, Esquire, plaintiffs' attorney, whose address is 300 Delaware Avenue, 17th Floor, P.O. Box 1630, Wilmington, DE 19899, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

      To serve upon defendants a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 10/21/04

SHARON AGNEW
Prothonotary

_/s/ Kim Cepla_
Per Deputy

TO THE ABOVE NAMED DEFENDANTS:

      In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to service on plaintiff's attorney, named above, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

_/s/ Kim Cepla_
Per Deputy

# Sheriff's Return

Served the within Summons and copy of the following complaint:

ALIAS SUMMONS, COMPLAINT AND INTERROGATORIES

this day, Monday, November 1, 2004, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

E AND S CONTRACT CARRIERS, INC.
CLARENCE JONES
I AND A TRANSPORT, INC.
MARTIN CAMACHO

and a copy of the Complaint for the said defendant, together with the sum of $ 8.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

*Jim Higdon*
Jim Higdon
Sheriff of Kent County

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. BEDNARSKI and<br>RUTH BEDNARSKI, h/w<br><br>Plaintiffs,<br><br>v.<br><br>E and S CONTRACT CARRIERS, INC.<br>CLARENCE JONES and<br>I & A TRANSPORT and<br>MARTIN CAMACHO<br><br>Defendants. | :<br>:<br>:    C.A. NO.: 05-125 (GMS)<br>:<br>::<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Mark L. Reardon, Esquire, hereby certify that one copy of the attached **NOTICE OF RECEIPT** was Electronically served or Hand Delivered n the following individual(s):

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE  19899-0588

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE  19805

James E. Butler, Esquire
Miller, Rosnick, D'Amico and de Lucia, P.C.
1087 Broad Street
Bridgeport, CT  06604

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ MARK L. REARDON
MARK L. REARDON (Bar ID # 2627)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
(302) 428-3181
Attorney for Plaintiffs

Dated: May 25, 2005