IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOHN J. BEDNARSKI and
RUTH BEDNARSKI, h/w

            C.A. NO.: 05-125 (GMS)

Plaintiffs,

v.

E and S CONTRACT CARRIERS, INC.
CLARENCE JONES and
I & A TRANSPORT and
MARTIN CAMACHO

    Defendants.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James E. Butler, Esquire, to represent plaintiffs John J. Bednarski and Ruth Bednarski in this action.

            ELZUFON AUSTIN REARDON
            TARLOV & MONDELL, P.A.

            /s/ Mark L. Reardon
            MARK L. REARDON (Bar ID #2627)
            300 Delaware Avenue, 17th Floor
            P. O. Box 1630
            Wilmington, DE  19899-1630
            (302) 428-3181
            Attorney for Plaintiffs

Dated: May 26, 2005
Wilmington, Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rule and with Standing Order for District Court Fund effective 1/11/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court of District Court.

MILLER, ROSNICK, D'AMICO
AND De LUCIA, P.C.

_____
JAMES E. BUTLER
1087 Broad Street
Bridgeport, CT  06604
Telephone: (203)334-0191
Facsimile: (203) 334-3462


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
                                   The Honorable Gregory M. Sleet
                                   United States District Court Judge

G:\Docs\CLIENT\131186\14959\pleading\00284918.DOC

```
            UNITED STATES
            DISTRICT COURT
            District of Delaware
               Wilm. Division

            # 139407  -  ED
             May 26, 2005

   Code      Case #      Qty     Amount

   PRO HAC              1 @      25.00
                                 25.00 CH


   Total->                       25.00


   FROM: ELZUFON AUSTIN REARDON
         CK 7681 COMMERCE BANK
         FOR: JAMES BUTLER
         CY 05 PRO HAC VICE FEE
```