IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. BEDNARSKI and<br>RUTH BEDNARSKI, h/w<br><br>Plaintiffs,<br><br>v.<br><br>E and S CONTRACT CARRIERS, INC.<br>CLARENCE JONES and<br>I & A TRANSPORT and<br>MARTIN CAMACHO<br><br>Defendants. | :<br>:<br>:   C.A. NO.: 05-125 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SCHEDULING ORDER

On this _____ day of June, 2005, having heard from all counsel on May 26, 2005, at a Rule 26(f) Scheduling Conference, it is ORDERED that the following dates shall govern:

1. Factual discovery cut-off        November 5, 2005

2. Expert discovery cut-off         January 31, 2006

3. Pre-Trial Order due              May 15, 2006

4. Pre-Trial Conference             June 6, 2006 at 2:00 p.m.

5. Three (3) day jury trial         June 26, 2006 at 9:00 a.m.

It is further ORDERED that this case be referred to Magistrate Judge Mary Pat Thynge for alternative dispute resolution.

_____
The Honorable Gregory M. Sleet
United States District Court Judge