# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00125-GMS

| | |
|---|---|
| Bednarski et al v. E and S Contract Carriers Inc. et al | Date Filed: 03/04/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Both |
| Case in other court: Superior CT/DE, 04C-09-00027 CHT | Nature of Suit: 350 Motor Vehicle |
| Cause: 28:1332 Diversity-Auto Negligence | Jurisdiction: Diversity |

**Plaintiff**

**John J. Bednarski**
*h/w*

represented by **Mark L. Reardon**
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Fax: (302) 428-3180
Email: mreardon@elzufon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Bednarski**
*h/w*

represented by **Mark L. Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**E and S Contract Carriers Inc.**

represented by **Delia Ann Clark**
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 654-0500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clarence Jones**

represented by **Delia Ann Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**I & A Transport**

represented by **Delia Ann Clark**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

Martin Camacho     represented by **Delia Ann Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

E and S Contract Carriers Inc.

V.

**Cross Defendant**

I & A Transport

**Cross Defendant**

Martin Camacho

**Cross Defendant**

Clarence Jones

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2005 | 1 | NOTICE OF REMOVAL and copies of documents from Superior Court for New Castle County, Case Number 04C-09-027 (Filing fee $ 250, receipt number 138358)- filed by E and S Contract Carriers Inc., Clarence Jones. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(mwm, ) Modified on 3/10/2005 (mwm, ). (Entered: 03/04/2005) |
| 03/11/2005 | 2 | ANSWER to Complaint filed in Superior CT/DE, CROSSCLAIM against I & A Transport, Martin Camacho, Clarence Jones by E and S Contract Carriers Inc. (mwm, ) Additional attachment(s) added on 3/16/2005 (bkb, ). (Entered: 03/11/2005) |
| 03/15/2005 | 3 | CORRECTING ENTRY: Revised PDF submitted for DI 2 to correct deficiency re signatures. (bkb, ) (Entered: 03/16/2005) |
| 03/16/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 04/12/2005 | | NOTICE OF SCHEDULING: Pursuant to Local Rule 16.2(a), the court will hold an initial telephone conference on 4/22/2005 (Friday) at 9:15 AM with Honorable Gregory M. Sleet. Counsel should be prepared to address any pending motions. Counsel for plaintiff is directed to initiate the conference call to chambers at (302) 573-6470. Signed by Judge Gregory M. Sleet on 4/12/05. (ctd) (Entered: 04/12/2005) |
| 04/22/2005 | | Minute Entry for proceeding held before Judge Gregory M. Sleet : Initial Telephone Conference held on 4/22/2005. Scheduling Conference set for 5/26/2005 at 11:00 AM in Chambers before Honorable Gregory M. Sleet. (Court Reporter Kevin Maurer.) (asw ) (Entered: 04/22/2005) |

| | | |
|---|---|---|
| 04/22/2005 | 4 | STENO NOTES of Teleconference held on 4/22/05 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 04/25/2005) |
| 04/22/2005 | 5 | NOTICE of SCHEDULING CONFERENCE: A Scheduling Conference has been set for 5/26/2005 (Thursday) at 11:00 AM in Chambers before Honorable Gregory M. Sleet. Counsel with primary responsibility for this case shall appear and be prepared to address any pending motions.(ctd) (Entered: 04/25/2005) |
| 05/25/2005 | 6 | REPORT of Rule 26(f) Planning Meeting. (Reardon, Mark) (Entered: 05/25/2005) |
| 05/25/2005 | 7 | CERTIFICATE OF SERVICE of Certificate of Service by John J. Bednarski re 6 Report of Rule 26(f) Planning Meeting (Reardon, Mark) (Entered: 05/25/2005) |
| 05/25/2005 | 8 | NOTICE of Return of Service by John J. Bednarski, Ruth Bednarski (Reardon, Mark) (Entered: 05/25/2005) |
| 05/26/2005 | 9 | MOTION for Pro Hac Vice Appearance of Attorney James E. Butler, Esquire - filed by John J. Bednarski, Ruth Bednarski. (Reardon, Mark) (Entered: 05/26/2005) |
| 05/26/2005 | | Minute Entry for proceeding held before Judge Gregory M. Sleet : Scheduling Conference held on 5/26/2005. Fact Discovery Cutoff - 11/5/05; Expert Discovery Cutoff - 1/31/06; Pretrial Order Due 5/15/06; Pretrial Conference 6/6/06 at 2:00 PM; 3-day Jury Trial - 6/26/06 at 9:00 AM; Refer this case to the Magistrate for ADR; Plaintiff's counsel will prepare and submit a proposed scheduling order by 6/2/05. (Court Reporter Kevin Maurer.) (asw ) (Entered: 05/26/2005) |
| 05/26/2005 | 10 | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney James E. Butler, Esquire filed by John J. Bednarski, Ruth Bednarski . Signed by Judge Gregory M. Sleet on 5/26/05. (asw ) (Entered: 05/27/2005) |
| 06/02/2005 | 11 | MOTION for Scheduling Order *as stipulated to by all parties* - filed by John J. Bednarski, Ruth Bednarski. (Reardon, Mark) (Entered: 06/02/2005) |
| 06/06/2005 | 12 | STENO NOTES of Scheduing Conference held on 5/26/05 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 06/06/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/16/2005 16:48:41 | | | |
| PACER Login: | mw0107 | Client Code: | Bednarski |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00125-GMS Start date: 1/1/1970 End date: 6/16/2005 |
| Billable Pages: | 2 | Cost: | 0.16 |

**Filings in All Cases** Close All

Select ▾ Go

Search
1 through 6 of 6

| | Filing ID | Filing Option | Date / Time (ET) | Court | Case Number | Case Name | Authorizer | |
|---|---|---|---|---|---|---|---|---|
| ☐ ⊟ | 5304500 | File And Serve | Mar 9 2005 4:01PM | DE Superior Court-New Castle County | 04C-09-027 CHT | Bednarski, John J vs E & S Contract Carriers | Delia Clark | Details |
| | | Filing Type | | | Document Title | | Linked | Size |
| | ☐ | Notice | | Notice of Removal to Federal Court | | | | 0.1M |
| | ☐ | Exhibits | | Federal Removal Action | | | | 0.3M |
| ☐ ⊟ | 5299592 | File Only | Mar 9 2005 10:49AM | DE Superior Court-New Castle County | 04C-09-027 CHT | Bednarski, John J vs E & S Contract Carriers | Mark L Reardon | Details |
| | | Filing Type | | | Document Title | | Linked | Size |
| | ☐ | Notice | | Notice of Motion | | | | 0.1M |
| | ☐ | Motion | | Motion to Extend Time For Service of Process | | | | 0.1M |
| | ☐ | Exhibits | | Exhibit A - Secretary of State Return | | | | 0.1M |
| | ☐ | Proposed Order | | Proposed Order | | | | 0.1M |
| | ☐ | Certificate of Service | | Notice of Service | | | | 0.1M |
| ☐ ⊟ | 4634816 | File And Serve | Nov 18 2004 2:30PM | DE Superior Court-New Castle County | 04C-09-027 CHT | Bednarski, John J vs E & S Contract Carriers | Sharon Agnew | Details |
| | | Filing Type | | | Document Title | | Linked | Size |
| | ☐ | Sheriffs Return | | SHERIFF'S RETURN SERVED E AND S CONTRACT CARRIERS, INC., CLARENCE JONES, I AND A TRANSPORT, INC., AND MARTIN CAMACHO BY SERVING SECRETARY OF 10 DEL C. 3104 AND 3112(B) ON 11-01-04. | | | | 0.1M |
| ☐ ⊟ | 4332921 | File And Serve | Oct 5 2004 3:55PM | DE Superior Court-New Castle County | 04C-09-027 CHT | Bednarski, John J vs E & S Contract Carriers | Sharon Agnew | Details |
| | | Filing Type | | | Document Title | | Linked | Size |
| | ☐ | Sheriffs Return | | SHERIFF'S RETURN - NON EST AS TO E AND S CONTRACT CARRIERS, INC., CLARENCE JONES, I AND A TRANSPORT, INC., AND MARTIN CAMACHO ON 09-27-04. | | | | 0.1M |
| ☐ ⊟ | 4329159 | File Only | Oct 5 2004 11:42AM | DE Superior Court-New Castle County | 04C-09-027 CHT | Bednarski, John J vs E & S Contract Carriers | Mark L Reardon | Details |
| | | Filing Type | | | Document Title | | Linked | Size |
| | ☐ | Alias | | Alias Summons - Bednarski, et al. v. E and S. Contract Carriers, Inc. et al. | | | | 0.1M |
| | ☐ | Alias | | Alias Praecipe - Bednarski, et al. v. E and S Contract Carriers, Inc., et al. | | | | 0.1M |
| ☐ ⊟ | 4149664 | File Only | Sep 2 2004 5:09PM | DE Superior Court-New Castle County | 04C-09-027 CHT | Bednarski, John J vs E & S Contract Carriers | Mark L Reardon | Details |
| | | Filing Type | | | Document Title | | Linked | Size |
| | ☐ | Case Information Statement | | Case Information Statement for Bednarski v. E and S Contract carriers | | | | 0.1M |
| | ☐ | Summons | | Summons for Bednarski v. E and S Contract Carriers | | | | 0.1M |
| | ☐ | Praecipe | | Praecipe for Bednarski v. E and S Contract Carriers | | | | 0.1M |
| | ☐ | Complaint | | Complaint of John J. Bednarski and Ruth Bednarski, plaintiffs, v. E and S Contract Carriers, In, a corporation of the Commonwealth of Virginia, Clarence Jones, a resident of the Commonwealth of Virginia, I & A Transport, Inc., a Florida corporation and Martin Camacho, a Florida resident, defendants. | | | | 0.1M |
| | ☐ | Form 30 Interrogatories | | Answer of Plaintiffs Bednarski to Superior Court Form 30 Interrogatories | | | | 0.1M |
| | ☐ | Certificate of Value | | Certificate of Value | | | | 0.1M |

Select ▼ Go