08-17-2005  10:02  From-ELZUFON & AUSTIN PA                                T-404  P.002/002  F-228

# ELZUFON AUSTIN REARDON
## TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

| | | |
|---|---|---|
| JOHN A. ELZUFON | ROGER L. TRUEMPER | 300 DELAWARE AVENUE |
| JEFFREY M. AUSTIN | SCOTT A. SIMPSON | SUITE 1700, P.O. BOX 1630 |
| MARK L. REARDON | CHRISTIAN G. MCGARRY | WILMINGTON, DELAWARE, 19899-1630 |
| EDWARD A. TARLOV | DIANE M. ANDREWS | PHONE: 302.428.3181 |
| SCOTT R. MONDELL | KATHRYN E. LEE | FACSIMILE: 302.428.3180 |
| H. GARRETT BAKER | MATTHEW P. DONELSON | INTERNET: WWW.ELZUFON.COM |
| ROBERT H. RICHTER | DANIEL F. TYRRELL, JR., | WRITERS E-MAIL: MREARDON@ELZUFON.COM |
| COLLEEN D. SHIELDS | JENNIFER A. KAPES | |
| CHARLES J. BROWN, III | ANDREA C. RODGERS | |

July 28, 2005



FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
For the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE  19801

RE:   John J. Bednarski v. E and S Contract Carriers, Inc. and
       Clarence Jones, et al.
       United States District Court
       Case No.: 05-125 GMS
       EARTM No.: 131186.14959

Dear Judge Sleet:

Defendants I and A Transport and Martin Camacho filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12 on June 17, 2005. Plaintiffs John Bednarski and Ruth Bednarski will not be opposing this Motion to Dismiss.

I am available at the convenience of Your Honor should you have any questions.

Respectfully submitted,

MARK L. REARDON

MLR/mr
Cc:   Chase T. Brockstedt, Esquire (Via Telefax – 472-8135)
      Delia A. Clark, Esquire (Via Hand Delivery)

G:\Docs\CLIENT\131186\14959\let\00293978.DOC

# ELZUFON AUSTIN REARDON, TARLOV & MONDELL, P.A.

Attorneys At Law
300 Delaware Avenue – Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Phone: (302) 428-3181 – FAX: (302) 428-3180

# FAX

| | |
|---|---|
| To: | The Honorable Gregory M. Sleet   FAX NO. 573-6472 |
| From: | Mark L. Reardon, Esquire |
| Date: | August 17, 2005 |
| Case Name: | Bednarski v. E and S Contract Carriers, et al. 05-125 GMS |
| EART&M File No.: | 131186.14959 |
| Pages (excluding cover sheet): | |
| Comments: | Original of this letter was hand delivered to Judge's chambers on July 28, 2005. |

**CONFIDENTIALITY NOTE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.