IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. BEDNARSKI | : |
| | : |
| v. | : Civil Action No. 05-125 GMS |
| | : |
| E AND S CONTRACT CARRIERS, et al. | : |
| | : |

# **O R D E R**

WHEREAS, on March 4, 2005, a complaint was filed against the Defendants E and S Carriers, I & A Transport, Clarence Jones, and Martin Camacho;

WHEREAS, on June 17, 2005, the Defendants I & A Transport and Martin Camacho, filed a motion to dismiss pursuant to Fed. R. Civ. P. 12;

WHEREAS, on August 17, 2005, the Plaintiffs John Bednarski and Ruth Bednarski filed a letter to the court indicating that they would not be opposing the Defendants' Motion to Dismiss;

IT IS ORDERED THAT:

1. The Defendants I & A Transport's and Martin Camacho's Motion to Dismiss is hereby GRANTED;

2. The Defendants I & A Transport and Martin Camacho are hereby DISMISSED.


August 23, 2005                    /s/ Gregory M. Sleet
                                   UNITED STATES DISTRICT JUDGE