IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. BEDNARSKI and <br> RUTH BEDNARSKI, h/w <br><br> Plaintiffs, <br><br> v. <br><br> E and S CONTRACT CARRIERS, INC. <br> CLARENCE JONES and <br> I & A TRANSPORT and <br> MARTIN CAMACHO <br><br> Defendants. | : <br> : <br> :    C.A. NO.: 05-125 (GMS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Mark L. Reardon, Esquire, hereby certify that one copy of the attached **Plaintiffs' Response to First Set of Interrogatories and Request for Production** was served by Overnight Delivery on the following individual(s):

Delia A. Clark, Esquire§
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE   19899-0588

                                                   ELZUFON AUSTIN REARDON
                                                 TARLOV & MONDELL, P.A.

                                                 */s/ MARK L. REARDON*
                                                 MARK L. REARDON (Bar ID # 2627)
                                                 300 Delaware Avenue, Suite 1700
                                                 P.O. Box 1630
                                                 Wilmington, DE   19899-1630
                                                 (302) 428-3181
                                                 Attorney for Plaintiffs

Dated: <u>January 10, 2006</u>
G:\Docs\CLIENT\131186\14959\pleading\00317718.DOC