IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOHN J. BEDNARSKI and
RUTH BEDNARSKI, h/w

:
:
:                    C.A. NO.: 05-125

Plaintiffs,

v.

E and S CONTRACT CARRIERS, INC.
CLARENCE JONES

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

_____
Delia A. Clark, Esquire
Rawle & Henderson. LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19103
Attorney for Defendants

_____
James Butler
MILLER, ROSNICK, D'AMICO, AUGUST
& BUTLER
1087 Broad Street
Bridgeport, CT  06604

_____
Mark L. Reardon
ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL
300 Delaware Avenue, Ste 1700
PO Box 1630
Wilmington, DE  19899-1630
Attorneys for Plaintiffs

1279798 v.1